# EXHIBIT A

## Tokarz, Aubrey M.

| | |
|---|---|
| **From:** | Tokarz, Aubrey M. |
| **Sent:** | Wednesday, April 17, 2024 11:43 AM |
| **To:** | 'Susana Longo' |
| **Cc:** | Kenneth Dorchak; Clark, Johanna W.; Lewis, Matthew E.; Rodriguez, Miguel A.; Tokarz, Aubrey M. |
| **Subject:** | RE: Alltech Collison & Paint (Aquabliss Pool Services) v. State Farm Mutual Automobile Insurance Comp -- Court Case# 23-62193-CIV-SMITH |

Susy:

All parties can be available for a hearing on the May 23rd on all your below motions as well as our Motion to Deem Requests Admitted and Motion for Protective Order.  When we contacted the court regarding our motions they indicated that all motions should be set for the same date at time.  Accordingly we would like to have a meet and confer on our Motion for Protective order either April 18th or 19th.  We can be available the morning of the 18th prior to 11 or after 2 and on the 19th after 1 pm.

**Aubrey M. Tokarz**
Legal Administrative Assistant | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.481.5479 | Fax: 407.648.9099
ATokarz@carltonfields.com

**From:** Susana Longo <slongo@bhdlawfirm.com>
**Sent:** Wednesday, April 17, 2024 10:16 AM
**To:** Tokarz, Aubrey M. <ATokarz@carltonfields.com>
**Cc:** Kenneth Dorchak <kdorchak@bhdlawfirm.com>; Clark, Johanna W. <jclark@carltonfields.com>; Lewis, Matthew E. <MLewis@carltonfields.com>; Rodriguez, Miguel A. <MARodriguez@carltonfields.com>
**Subject:** RE: Alltech Collison & Paint (Aquabliss Pool Services) v. State Farm Mutual Automobile Insurance Comp -- Court Case# 23-62193-CIV-SMITH

Aubrey,
Our firm requests that a selection be made by 12pm. Thank you.

*Best,*

*Susy Longo*
Buchalter Hoffman & Dorchak
1075 NE 125th Street, Suite 202
North Miami, FL  33161
(305) 891-0211 Tel
(305) 891-2073 Fax
slongo@bhdlawfirm.com

**From:** Susana Longo
**Sent:** Wednesday, April 17, 2024 9:57 AM
**To:** Tokarz, Aubrey M. <ATokarz@carltonfields.com>
**Cc:** Kenneth Dorchak <kdorchak@bhdlawfirm.com>; Clark, Johanna W. <jclark@carltonfields.com>; Lewis, Matthew E. <MLewis@carltonfields.com>; Rodriguez, Miguel A. <MARodriguez@carltonfields.com>
**Subject:** RE: Alltech Collison & Paint (Aquabliss Pool Services) v. State Farm Mutual Automobile Insurance Comp -- Court Case# 23-62193-CIV-SMITH

Good Morning Aubrey,
I am following up on this request. Thank you.

*Best,*

*Susy Longo*
Buchalter Hoffman & Dorchak
1075 NE 125th Street, Suite 202
North Miami, FL  33161
(305) 891-0211 Tel
(305) 891-2073 Fax
slongo@bhdlawfirm.com

**From:** Susana Longo
**Sent:** Tuesday, April 16, 2024 3:16 PM
**To:** Tokarz, Aubrey M. <ATokarz@carltonfields.com>
**Cc:** Kenneth Dorchak <kdorchak@bhdlawfirm.com>; Clark, Johanna W. <jclark@carltonfields.com>; Lewis, Matthew E. <MLewis@carltonfields.com>; Rodriguez, Miguel A. <MARodriguez@carltonfields.com>
**Subject:** Alltech Collison & Paint (Aquabliss Pool Services) v. State Farm Mutual Automobile Insurance Comp -- Court Case# 23-62193-CIV-SMITH

Good Afternoon Aubrey,
Our firm would like to schedule a fifteen minute hearing on Plaintiff's Motion to Compel Better Responses to Supplemental Interrogatories and Supplemental Request for Production.

Here is the availability:
05.13 at 2.30pm
05.15 at 2.30pm
05.23 at 10.30am

Please let me know what date works best for you. Thank you.

*Best,*

*Susy Longo*
Buchalter Hoffman & Dorchak
1075 NE 125th Street, Suite 202
North Miami, FL  33161
(305) 891-0211 Tel
(305) 891-2073 Fax
slongo@bhdlawfirm.com